IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JERRY L. EZZELL,

    Petitioner,	JUDGMENT IN A CIVIL CASE

v.	Case No. 13-cv-736-bbc

UNITED STATES OF AMERICA,
STATE OF WISCONSIN, DIVISION OF
ADMINISTRATIVE HEARINGS DANE
COUNTY, MADISON WISCONSIN
DEPARTMENT OF CORRECTIONS,

    Respondents.

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying the petition of Jerry L. Ezzell for a writ of habeas corpus under 28 U.S.C. § 2241.

| /s/ | 11/25/2013 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |